**VOLKS ANWALT OF NEW YORK, LLC**
100 Park Avenue, 16th Floor
New York, NY 10017
(917) 862-1936 Tele
**tony@amvasslaw.com**

July 5, 2016

**VIA ECF FILING**
Hon. Shirley H. Lord
United States Bankruptcy Court

Re:   In re Gerald Good
      E.D.N.Y. Chapter 13 Case #: 1-15-44868-NHL

Dear Judge Lord:

The above firm is counsel to Gerald Good, the chapter 13 debtor.

As I previously reported to the Court at the June 15 hearing, Mr. Good just had emergency heart surgery. His recovery has been slow but he appears to be progressing. Unfortunately, being able to speak with Mr. Good has been difficult under the circumstances.

Nonetheless, Mr. Good and I were able to discuss the status of his case including his current inability to file a confirmable plan and make the necessary payments that would be required. Mr. Good has agreed to the dismissal of his case and will consider filing a new case after further discussions with me or new counsel, if he decides to employ new counsel.

My understanding is that the adjourned hearing on the motion to dismiss is July 13, 2016. I further understand that the adjourned section 341 meeting is scheduled for tomorrow. Given his current circumstances, he will not be able to appear tomorrow.

Mr. Good informed me he should receive medical clearance to travel outside his home withi a week. Since the last hearing, I worked with Mr. Good to have ambulette service instituted so that he should be able to make future hearings and 341 meetings if in fact he files a new bankruptcy proceeding.

Mr. Good asked me to express his appreciation to the Court and the chapter 13 trustee for your patience and consideration through this difficult time.

Please feel free to contact me if you need anything further or if you have any questions.

                              Very truly yours,

                              s/s Anthony M. Vassallo

cc: Marianne de Rosa, Chapter 13 Trustee